**STATE v. CANNADA**

[340 N.C. 101 (1995)]

---

STATE OF NORTH CAROLINA v. PHILLIP MANNING CANNADA

No. 227A94

(Filed 7 April 1995)

**Homicide § 299 (NCI4th)— second-degree murder—sufficient evidence**

A decision of the Court of Appeals that the evidence was insufficient to support defendant's conviction of second-degree murder is reversed for the reasons stated in the dissenting opinion in the Court of Appeals.

**Am Jur 2d, Homicide §§ 425 et seq.**

Appeal by the State pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 114 N.C. App. 552, 442 S.E.2d 344 (1994) (Greene, J., dissenting), finding that the trial court erred by failing to dismiss this case at the close of the evidence because the evidence was insufficient, as a matter of law, to support defendant's conviction of second-degree murder. Heard in the Supreme Court 13 March 1995.

*Michael F. Easley, Attorney General, by Francis W. Crawley, Special Deputy Attorney General, for the State-appellant.*

*Malcolm Ray Hunter, Jr., Appellate Defender, by Constance H. Everhart, Assistant Appellate Defender, for defendant-appellee.*

PER CURIAM.

The decision of the Court of Appeals is reversed for the reasons stated in Judge Greene's dissenting opinion pertaining to the suffi-

ciency of the evidence. Therefore, the case is remanded to the Court of Appeals for consideration of any other issues properly raised in defendant's appeal to that court.

REVERSED AND REMANDED.